[No. 34832-2-II.   Division Two.   March 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. SELLERS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00227-3, James B. Sawyer II, J., entered May 1, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 35393-8-II.   Division Two.   March 13, 2007.]

*In the Matter of the Welfare of* L.G.

Appeal from a judgment of the Superior Court for Clark County, No. 04-3-01565-8, Edwin L. Poyfair, J., entered August 25, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 24459-8-III.   Division Three.   March 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT JOHN VANGRIMBERGEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-01644-3, Jerome J. Leveque, J., entered August 26, 2005. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Brown, J.

[No. 25104-7-III.   Division Three.   March 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL MICHAEL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-04454-4, Linda G. Tompkins, J., entered April 5, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Brown, J.